UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 23-cv-81081-RLR**

CARLOS DE LA ROSA, and all others
similarly situated,

    Plaintiff,

v.

A1A TRANSPORTATION GROUP, INC.,
a Florida corporation, and
RICK VERSACE, an individual,

    Defendants.
_____/

### ORDER ON JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come before the Court upon the parties' Joint Motion to Approve and Stipulation of Dismissal with Prejudice, and pursuant to the Settlement Agreement reached between the parties, and upon the full record, it is:

**ORDERED AND ADJUDGED** that:

1. The parties' settlement is hereby **APPROVED**.
2. This case is **DISMISSED** with prejudice with the Court retaining jurisdiction to enforce the parties' settlement agreement; and
3. Any and all pending motions are hereby **DENIED AS MOOT.**

**DONE AND ORDERED**, in Chambers, at Miami, Florida, this 12th day of January, 2024.

                                                                       ROBIN L. ROSENBERG
                                                                       U.S. DISTRICT COURT JUDGE

cc: All counsel of record